UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| FERNANDO BUSTILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:13-cv-262-JMS-WGH |
| ) | |
| J. F. CARAWAY, et al., ) | |
| ) | |
| Defendants. ) | |

**E N T R Y**

This civil rights action was dismissed pursuant to 28 U.S.C. § 1915A(b) on December 12, 2013, because the court concluded that the complaint failed to state a claim upon which relief can be granted. There was no manifest error of fact or of law in that disposition, and the plaintiff has not offered newly discovered evidence. Accordingly, his motion to vacate, treated as a motion to alter or amend judgment, [dkt. 8] is **denied.** *Edgewood Manor Apartment Homes, LLC v. RSUI Indem. Co.,* 733 F.3d 761, 770 (7th Cir. 2013)("To prevail on a Rule 59(e) motion, the moving party 'must clearly establish (1) that the court committed a manifest error of law or fact, or (2) that newly discovered evidence precluded entry of judgment.'")(quoting *Blue v. Hartford Life & Accident Ins. Co.,* 698 F.3d 587, 598 (7th Cir. 2012)).

IT IS SO ORDERED.

Date: 12/30/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Fernando Bustillo
02530-051
Terre Haute United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808